SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>        Plaintiff,<br><br>    vs.<br><br>Jack Verderame, et al,<br><br>        Defendants | Case No. **2:09-cv-00933-JAM-GGH**<br><br>**PLAINTIFF'S REQUEST AND ORDER RE REQUEST FOR CONTINUANCE OF JOINT STATUS REPORT FILING DATE**<br><br>Joint Status Report due: August 7, 2009 |

Plaintiff, Scott N. Johnson, hereby requests an extension of time in which to continue the date for the filing of a joint status report from August 7, 2009 for a period of sixty (60) days.  Plaintiff's process server has been unable to locate and serve these Defendants.  A sixty (60) day continuance for the filing of a joint status report will give the Plaintiff's process server ample time to serve Plaintiff's complaint on these Defendants.

PLAINTIFF'S REQUEST AND PROPOSED ORDER REQUEST FOR CONTINUANCE OF JOINT STATUS

REPORT FILING DATE

CIV: S-09-cv-00933-JAM-GGH - 1

Dated:  August 6 2009          /s/Scott N. Johnson _____

                               Scott N. Johnson,

                               Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED THAT the parties shall have the filing of a joint status report continued for sixty (60) days.

Date:  8/10/2009

                          /s/ John A. Mendez_____
                          Hon. John A. Mendez
                          Judge of the United States District Court

PLAINTIFF'S REQUEST AND PROPOSED ORDER REQUEST FOR CONTINUANCE OF JOINT STATUS REPORT FILING DATE

CIV: S-09-cv-00933-JAM-GGH - 2

PDF created with pdfFactory trial version www.pdffactory.com